Gregg M. Audet, State Bar No. 158682
E-mail: gaudet@bwslaw.com
Daniel S. Imber, State Bar No. 185425
E-mail: dimber@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600    Fax:  213.236.2700

O        JS-6

Attorneys for Defendant
Mercedes-Benz USA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RAMONA BENJAMIN,<br><br>        Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC,<br><br>        Defendant. | Case No.  SACV09-139 AG (RNBx)<br><br>JUDGMENT PURSUANT<br><br>TO FRCP 68 |

Defendant Mercedes-Benz USA, LLC ("MBUSA") having made an offer of judgment pursuant to Federal Rules of Civil Procedure Rule 68, and plaintiff Ramona Benjamin, having given written notice accepting the offer, the Court grants and enters this Judgment Pursuant To FRCP 68 as follows:

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4845-1496-7043 v1                - 1 -

SACV09-139 AG (RNBX)
[PROPOSED] FRCP 68 JUDGMENT

1.     MBUSA shall pay, by check or checks, the settlement amount of $68,000.00 to the order of Ramona Benjamin, the Anderson Law Firm and the California Lemon Law Center, Inc.  The settlement payment shall be made on or before May 28, 2009 or as otherwise agreed by the parties.

2.     Plaintiff shall return and turn-over the subject motor vehicle, a 2005 Mercedes-Benz CLK320, vehicle identification no. WDBTK65J95F-144774 (the "CLK320"), with all of its keys and manuals, to or as directed by MBUSA.  At or before the vehicle turn-over, plaintiff shall execute necessary forms for the transfer of the CLK320's title to MBUSA, possibly including but not limited to the DMV form 262, odometer disclosure statement, bill of sale reflecting the sale of the CLK320 to defendant MBUSA for value received, a notice of release of liability for the vehicle, and an authorization for payoff form.  The date and place of this vehicle turn-over shall be May 22, 2009, at 10:00 a.m. at the service department manager's office of Keyes European, 5400 Van Nuys Blvd., Van Nuys, CA 91401, or at a place and time of day mutually agreed upon by the parties in writing.

3.     MBUSA shall pay directly to U.S. Bank the remaining balance owing under plaintiff's purchase agreement (commencing with the monthly payment due on or about June 15, 2008) for the CLK320, exclusive of any monthly payments or late charges incurred prior to that date.

4.     Notwithstanding the entry of Judgment, the Court shall retain jurisdiction to enforce any provision of this Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure.

5.     This Judgment shall be inclusive of all damages, costs, interest, attorneys fees, expenses, penalties, lost income, and any other sums or amounts or claims that have been or could be claimed by plaintiff of any nature whatsoever.  Plaintiff shall not be entitled to further apply for

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4845-1496-7043 v1          - 2 -          SACV09-139 AG (RNBX)
[PROPOSED] FRCP 68 JUDGMENT

damages, interest, costs, expenses, attorney's fees, or other amounts. The Court finds that, by accepting the Rule 68 Offer, plaintiff has knowingly and voluntarily waived her right to recover any additional damages, amounts, sums, interest, expenses, costs, attorneys' fees, penalties, lost income, or claims against MBUSA.

6.     Plaintiff shall satisfy any experts', mechanics', materialmens', lenders', or attorneys' lien she has incurred arising out of this action.

IT IS SO ORDERED.

Dated: May 13, 2009          _____
                             The Honorable Andrew J. Guilford
                             United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4845-1496-7043 v1                    - 3 -                    SACV09-139 AG (RNBX)
                                                                 [PROPOSED] FRCP 68 JUDGMENT